UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR G. GONZALEZ BARAJAS,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　　　Respondent. | Case No. C22-804-MJP<br><br>ORDER DISMISSING FEDERAL HABEAS PETITION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, Respondent's original motion to dismiss the petition, Respondent's motion to supplement the pleadings and dismiss the petition as moot, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and noting the absence of any objections to the Report and Recommendation, hereby finds and ORDERS:

　　(1)　The Report and Recommendation is approved and adopted.

　　(2)　Respondent's motion to supplement the pleadings and dismiss Petitioner's federal habeas petition as moot (Dkt. 8) is GRANTED.

　　(3)　Respondent's original motion to dismiss the petition (Dkt. 5) is DENIED as moot.

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1

(4)    Petitioner's petition for writ of habeas corpus (Dkt. 1), and this action, are DISMISSED with prejudice.

(5)    The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable S. Kate Vaughan.

DATED this 29th day of September, 2022.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2